# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

162093

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JAMES EDWARD TATE,
    Defendant-Appellant.

SC: 162093
COA: 354149
Eaton CC: 2017-020329-FH

_____/

On order of the Court, the application for leave to appeal the August 17, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk

a0414